lieve that there was an erroneous estimate of the amount actually laden on board, or that the cargo was not as advantageously stowed as it could and should have been. As has been stated, there should have been a loss of but 12 per cent. of the cargo space in stowage. The proofs show quite satisfactorily that, allowing for this loss, the cargo capacity of the steamship for the stowage and carriage of ordinary West Coast South American cargo was certainly 2,760 tons. How the mistake occurred is wholly a matter of conjecture. The proofs as to the accuracy of the estimate of the amount laden on board are meager and unsatisfactory.

We conclude that to the extent of 367 tons the concession was erroneously allowed, and that there should be a decree for the libelants upon that basis, with interest.

The decree is accordingly reversed, with costs of this court to the appellants, with instructions to the district court to decree for the libelants, with costs of that court, and conformably with this opinion.

# MEMORANDUM DECISIONS.

ALEXANDRE et al. v. THE ARGUS. (Circuit Court of Appeals, Third Circuit. October 16, 1896.) No. 21. Appeal from the District Court of the United States for the Eastern District of Pennsylvania. Dismissed pursuant to the twentieth rule.

A LOT OF JEWELRY v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. March 4, 1896.) No. 1037. M. L. Towns, for claimants. James L. Bennett, U. S. Atty. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Affirmed in open court.

BANK OF CALIFORNIA v. COWAN et al. (Circuit Court of Appeals, Ninth Circuit. June 1, 1896.) No. 253. Appeal from the Circuit Court of the United States for the District of Oregon. Zera Snow, for appellant. George II. Williams and L. L. McArthur, for appellees. Before GILBERT and ROSS, Circuit Judges, and MORROW, District Judge.

GILBERT, Circuit Judge. This is a suit brought by the Bank of California to set aside the mortgages referred to in the foregoing case of Beall v. Cowan, 75 Fed. 139. It is precisely similar to the former case, and the conclusions therein reached are decisive of this case. The decree is therefore affirmed, with costs to the appellees.

CENTRAL VT. R. CO. v. BATEMAN. (Circuit Court of Appeals, Second Circuit. January 29, 1895.) No. 82. In Error to the Circuit Court of the United States for the Northern District of New York. Louis Hasbrouck, for plaintiff in error. Frank E. Smith, for defendant in error. Before LACOMBE and SHIPMAN, Circuit Judges.

PER CURIAM. We find no error in the charge of the trial judge, and are satisfied that there was such a conflict of testimony upon the issues of fact as to require a submission of the case to the jury. The decision upon